LOUIS A. LEONE, ESQ. (SBN: 099874)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601

Attorneys for Defendants
PIEDMONT UNIFIED SCHOOL DISTRICT, RANDALL BOOKER,
KAREN SHIPP and CONSTANCE HUBBARD

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICE TROWBRIDGE, a minor, by and through JEFFERY D. TROWBRIDGE, her guardian ad litem,<br><br>Plaintiffs,<br><br>vs.<br><br>PIEDMONT UNIFIED SCHOOL DISTRICT, RANDALL BOOKER, KAREN SHIPP, CONSTANCE HUBBARD, and DOES 1-10<br><br>Defendants. | Case No.: C10-04941 PJH<br><br>STIPULATION DISMISSING MONETARY CLAIMS AS AGAINST THE PIEDMONT UNIFIED SCHOOL DISTRICT AND (PROPOSED) ORDER |

It is stipulated by plaintiff, through her attorney, Jeffery Trowbridge, and defendants, through their attorneys, Stubbs & Leone, that any and all claims seeking monetary damages as against defendant Piedmont Unified School District only are hereby dismissed with prejudice. This stipulation and order shall not dismiss any and all claims as against the Piedmont Unified School District for declaratory and injunctive relief.

Dated: November 23, 2010      STUBBS & LEONE

_____
LOUIS A. LEONE, ESQ.
Attorney for Defendants
PIEDMONT UNIFIED SCHOOL DISTRICT,
RANDALL BOOKER, KAREN SHIPP and
CONSTANCE HUBBARD

1  Dated: November 23, 2010        LAW OFFICES OF
2                                  ~~STUBBS & LEONE~~
3                                  JEFFERY D. TROWBRIDGE
4
                                   JEFFERY TROWBRIDGE, ESQ.
5                                  Attorney for Plaintiff
                                   PATRICE TROWBRIDGE
6

7  **IT IS SO ORDERED.**

8

9

10  Date: 11/29/10

    Honorable Phyllis J. Hamilton
    United States District Court
    Northern District of California

    IT IS SO ORDERED
    Judge Phyllis J. Hamilton

---

STIPULATION DISMISSING MONETARY CLAIMS AS AGAINST THE PIEDMONT UNIFIED SCHOOL DISTRICT AND
(PROPOSED) ORDER

2