```
LOUIS A. LEONE, ESQ. (SBN: 099874)
STUBBS & LEONE
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601

Attorneys for Defendants
PIEDMONT UNIFIED SCHOOL DISTRICT, RANDALL BOOKER,
KAREN SHIPP and CONSTANCE HUBBARD
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.T., et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>PIEDMONT UNIFIED SCHOOL DISTRICT, et al.<br><br>　　　　Defendants. | Case No.:  C10-04941 PJH<br><br>STIPULATION DISMISSING CLAIMS AS AGAINST ALL DEFENDANTS AND (~~PROPOSED~~) ORDER |

It is stipulated by plaintiff, through her attorney, Jeffery Trowbridge, and defendants, through their attorneys, Stubbs & Leone, that the above-entitled action be dismissed as to all defendants, with prejudice, each party to bear their own costs and attorney's fees.

Dated: December 15, 2010　　　　　STUBBS & LEONE

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　LOUIS A. LEONE, ESQ.
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　　　　　　　PIEDMONT UNIFIED SCHOOL DISTRICT,
　　　　　　　　　　　　　　　　　　　　　　RANDALL BOOKER, KAREN SHIPP and
　　　　　　　　　　　　　　　　　　　　　　CONSTANCE HUBBARD

Dated: December 12, 2010

LAW OFFICES OF JEFFERY TROWBRIDGE

_____
JEFFERY TROWBRIDGE, ESQ.
Attorney for Plaintiff
P.T.

**IT IS SO ORDERED.**

Date: __12/21/10_____

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION DISMISSING CLAIMS AS AGAINST ALL DEFENDANTS AND (PROPOSED) ORDER

2